In RE: Brian & Sandra Piccirillo         Case No. 14-30998 JAM

Plan filed: 5/23/14

___3rd___ Amended  FILED  5/31/16

**CHAPTER 13 WORKSHEET**

1. Debtor's Employer: Stevens Ford         Occupation: Auto Technician

2. Debtor #2 or Spouse's Employer: Womans Healthcare         Occupation: Medical Receptionist

3. Finances Monthly: Net Pay $5,479.22    Expenses: $4,816.92    Excess $662.30    Cushion: $212.30

4. Plan: Monthly Payment: $450.00    Term: 60 mos.    Total Payments: $29,590.00    Dividend nlt 43%

5. Debts: Priority: $0.00    Provided for? yes    Secured: $183,073.73    Unsecured: $30,590.04

6. Real Estate: Value $174,000.00    Appraisal yes    Mortg: $256,601.75    Liens: $9,300.15    Equity: $0.00
   Value ___    Appraisal ___    Mortg: ___    Liens: ___    Equity: ___
   Value ___    Appraisal ___    Mortg: ___    Liens: ___    Equity: ___

7. **SECURED CLAIMS**

| SECURED CLAIMS | AMOUNT | %INTEREST | TOTAL TO BE PAID | 511, 1322(e)/1325(A)(5) SATISFIED? |
|---|---|---|---|---|
| City of Ansonia (tax portion) | $5,363.28 | 18 | $9,525.13 | yes |
| City of Ansonia (int/fee portion) | $3,956.87 | 0 | $3,936.87 | yes |

8. Chapter 7 Test, 1325(a)(4):

**Liquidation Analysis:**

Assets: $197,514.39
Preferences: $0.00
Total Available: $197,514.39
LESS:
Priorities: $0.00
Secured Debt: $185,456.00
Exemptions: $12,058.39
Liquidation: $0.00
Total: $197,514.39
NET AVAILABLE: $0.00 + 0 %Interest = $0.00

Tier Plan:
$450.00 x 23 months
$520 x 37 months

**Chapter 13 Plan Analysis:**

Total Payment: $29,590.00
LESS
Trustee Comm.: $2,959.00
Attorney Fee: $0.00
Priorities: $0.00
Secured Debt Paid: $13,462.00
Other ___: $0.00
TOTAL: $16,421.00
NET AVAILABLE: $13,169.00

9. Plan complies with all provisions of 11 USC 1325, except: N/A

10. Prohibition on Property Transfer? yes         Paid all pre-confirmation Payment, 1326(a)(1)? yes

11. Exemptions Correct? yes    Any Education Loans? yes    Amount: 13,829.12

12. Current Payments Outside Plan:    Property Taxes: yes    Mortgage: yes    Auto: yes

13. Attorney Fee: Total: $3,200.00    Paid: $3,200.00    Unpaid: $ 000.00    Timesheets: yes