# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

|  |  |
|---|---|
| In Re: | Chapter 13 |
| Brian Piccirillo |  |
| Sandra Piccirillo | Case No.: 14-30998 |
| Debtors |  |
|  | August 17, 2018 |

## MOTION OF DEBTORS TO MODIFY CONFIRMED PLAN

Now come the above-captioned debtors, who hereby move the Court for an order modifying their Third Amended Chapter 13 plan (Doc. ID #66) which was confirmed on June 2, 2016, pursuant to 11 USC 1329 in the following respects:

1. A post-petition arrearage owed to Wilmington Savings Bank, Trustee, the first mortgage lender, shall be added to the plan in the amount of $4,818.34.

2. The existing monthly plan payment of $520.00 shall be increased by 250.00 to $770.00 for the remaining eight months of the plan;

3. The remaining post-petition claim of Wilmington Savings shall be satisfied by a lump sum payment of $3018.34 to be paid by the debtors outside the plan from their anticipated 2018 income tax refunds on or before April 1, 2019;

4. No allowed claims shall be paid less than the dividends set forth in the Debtors' confirmed Third Amended Plan (Doc. ID #66). All else remains unchanged.

5. The debtors' proposed modified plan is being filed simultaneous herewith.

**THE DEBTORS,**

By: /s/ Kenneth E. Lenz
    Kenneth E. Lenz
    Their Attorney
    Lenz Law Firm, L.L.C.
    P.O. Box 965
    236 Boston Post Road
    Orange, CT  06477-0965
    Tel.: (203) 891-9800
    Fed.Bar#CT06419